# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 14, 2020

## NO. 03-20-00047-CV

**Estate of Jeannie McDonald, and Wanda Morgan, Independent Executor, Appellants**

**v.**

**Perry McDonald, Appellee**

### APPEAL FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on September 12, 2019. Having reviewed the record, the Court holds that the Estate of Jeannie McDonald, and Wanda Morgan, Independent Executor has not prosecuted the appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.